JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK JOHN FREUND,** | NO. SACV 13-1122-AB (KLS) |
| Petitioner, | |
| v. | JUDGMENT |
| **MARION SPEARMAN, WARDEN,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 3, 2015.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE